**Opinion filed January 26, 2023**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-21-00194-CV

_____

## IN THE MATTER OF THE ESTATE OF ESTHER ABELL DENTON, DECEASED

**On Appeal from the County Court**
**Midland County, Texas**
**Trial Court Cause No. P14779**

### M E M O R A N D U M   O P I N I O N

On March 17, 2022, this court informed Appellant, Douglas A. Denton, that the only trial court order upon which this appeal would proceed was the trial court's May 26, 2021 Order to Pay Attorney's Fees and Expenses. Since then, Appellant has filed numerous motions and other documents in this court, but he has failed to file his brief.

Appellant's brief was originally due to be filed in this court on May 6, 2022. However, when Appellant raised concerns about the accuracy and completeness of the appellate record, we abated the appeal and requested that the trial court conduct a hearing and clarify matters regarding the record. Upon reinstatement of the appeal after the trial court's hearing, we informed Appellant that his brief was due on or

before July 11, 2022. On July 21, 2022, this court, on its own motion, extended the due date for Appellant's brief to August 10, 2022. On August 22, 2022, this court again extended the due date on its own motion and informed Appellant that his brief was due on or before September 9, 2022. On September 22, this court denied a motion to stay proceedings and deadlines in this appeal and, on the court's own motion, extended the due date for Appellant's brief to October 11, 2022. On October 20, 2022, this court denied another motion to stay proceedings and deadlines and, again on the court's own motion, extended the due date for Appellant's brief to November 11, 2022.

Having still not received Appellant's brief, this court, on November 28, 2022, notified Appellant that the inordinate delay in filing his brief was a serious matter, and we directed Appellant to file his brief on or before 5:00 p.m. on December 12, 2022. We also informed Appellant that his failure to file his brief by December 12 "**may result in dismissal of the appeal**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Then, after receiving a letter from Appellant, this court issued a stern letter to Appellant on January 3, 2023, regarding the delay in the filing of his brief. We again advised Appellant that "**this appeal remains subject to being dismissed for want of prosecution**."

As of this date, Appellant has not filed a brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

January 26, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2